LEWIS A. LIZOTTE *v.* RICK C. WELKER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 922 (AC 11244), is denied.

*James W. Sherman,* in support of the petition.

*Stuart G. Blackburn,* in opposition.

Decided March 25, 1993

MICHAEL RAUCCI *v.* WARDEN, STATE PRISON

The respondent warden's petition for certification for appeal from the Appellate Court, 30 Conn. App. 190 (AC 11320), is denied.

*L. D. McCallum,* assistant attorney general, in support of the petition.

*Temmy Ann Pieszak,* assistant public defender, in opposition.

Decided March 25, 1993

STATE OF CONNECTICUT *v.* KENDALL HOOKS

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 232 (AC 10650), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided March 25, 1993